# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:07-cr-080-CRW-PAL |
| ) | |
| MICHAEL JENKINS, ) | **Order to Unseal** |
| Defendant. ) | |

Having reviewed the United States' Motion to Unseal, and having been fully advised in the premises,

**IT IS ORDERED** that the Government's motion is **granted**, and that District Court unseal the transcript of the hearing on November 22, 2010, CR 236, before Magistrate Peggy Leen.

DATED: this 17th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE