UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                      02:07-CR-00080-CRW-PAL

v.

                                        ORDER

MICHAEL JENKINS,

      Defendant.

The court will hold a status conference by telephone conference call it will place to counsel of record at noon on May 25, 2012.

IT IS SO ORDERED.

Dated this 18th day of May, 2012.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT