UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

        Plaintiff,                              02:07-CR-00080-CRW-PAL

v.

                                       ORDER

MICHAEL JENKINS,

        Defendant.

        Hearing will be held at 9:00 a.m. on August 15, 2012 at the U.S. Courthouse in Las Vegas, Nevada.

        IT IS SO ORDERED.

        Dated this 21st day of June, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT