UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

    Plaintiff,                          02:07-CR-00080-CRW

v.                                                 ORDER

MICHAEL JENKINS,

    Defendant.

The court today held a hearing by telephone conference call on the questions whether and when to hold the hearing in Las Vegas on the defendant Michael Jenkins' motion for relief pursuant to 28 U.S.C. section 2255.

For the reasons stated on the record at the end of the hearing, the court ruled that a one-day evidentiary hearing will be held commencing at 9:00 a.m. on August 15, 2012, at the U.S. Courthouse in Las Vegas, Nevada.

Any witnesses, including defendant Michael Jenkins, may appear by telephone conference call placed by the court from the courtroom. Counsel shall provide the phone numbers and arrange the time of day for those witnesses appearing by phone conference.

By August 1, 2012, counsel shall confer to decide what witnesses will appear by phone and to arrange how Jenkins can comply with orders concerning his Swiss Bank account.

IT IS SO ORDERED.

Dated this 25th day of July, 2012.

                                                  */s/ Charles R. Wolle*
                                                  CHARLES R. WOLLE, JUDGE
                                                  U.S. DISTRICT COURT