UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

Plaintiff,

02:07-CR-00080-CRW-PAL

v.

MICHAEL JENKINS,

ORDER

Defendant.

Commencing at noon on Friday, August 31, 2012, and continuing for up to four hours, if needed, the Court will receive evidence and complete the hearing on Michael Jenkins' 28 U.S.C. section 2255 petition, in accordance with proceedings held on August 15 in Las Vegas. The teleconference hearing will be held in Courtroom 4A. Araceli Bareng will record the telephone conference. The teleconference call-in number will be 702/868-4919, entering 123456 at the prompt. Defendant Michael Jenkins may participate in the hearing by dialing the call-in number.

IT IS SO ORDERED.

Dated this 30th day of August, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT