UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

    Plaintiff,                         02:07-CR-00080-CRW-PAL
                                         2-12-CV-02092

v.
                                         ORDER

GARY COLOMBO,

    Defendant.

The court directs Gary Colombo and counsel for the United States to file individual status reports by March 25, 2013, stating:

1. what preparations the party must complete before the court rules on Colombo's 28 U.S.C. section 2255 petition for relief.

2. by what date the preparations will be completed.

3. whether the party requests a hearing by telephone conference call or in person at the U.S. Courthouse in Las Vegas.

4. witnesses, if any, who will be called to testify in person or by telephone conference call.

5. exhibits, if any, the party plans to present at a hearing.

.       IT IS SO ORDERED.

Dated this 11th day of March, 2013.

*[signature: Charles R Wolle]*

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT