UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

      Plaintiff,                        02:07-CR-00080-CRW-PAL

v.

                                              ORDER

GARY COLOMBO,

      Defendant.

      The hearing on the section 2255 motion will be held at the U.S. Courthouse in Las Vegas at 9:00 a.m. on Monday, July 29, 2013, a date certain.

      The court expects that the hearing will last no longer than one day.

      The parties shall cooperate to schedule witnesses to appear either by person or by telephone conference call placed from the courtroom.

      IT IS SO ORDERED.

      Dated this 7th day of June, 2013.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT